Date: 03/02/11                 DIVIDENDS REMITTED TO THE COURT           R #151974           Page: 1
Check Number 3008 Dated 03/02/11
Case Number 05-96802 - JONES, LAQUENTA D

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| LAKELAND EMERGENCY ASSOCIATES<br>PO BOX 72523<br>CLEVELAND OH 44192<br>(2-1) dc | 000002 | 60.84 | 1.31 |

*Check # 3008*

---------- Remittance Total ---------------     60.84     1.31

_____
SHELDON STEIN, BANKRUPTCY TRUSTEE